IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUND, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> A-LEGACY CONSTRUCTION LLC, <br><br> Defendant. | CV 18-00439-LEK-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on July 11, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, "the Findings and Recommendations To Grant in Part and Deny in Part Plaintiff's Motion For Entry of Default Judgment Against Defendant A-Legacy Construction", ECF NO. 28 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 30, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**TRUSTEES OF THE HAWAII LABORERS' TRUST FUND, ET AL. VS. A-LEGACY CONSTRUCTION LLC; CV 18-00439 LEK-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**